# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DOLORES DAWES-LLOYD,            :
                                :       CIVIL ACTION
                 Plaintiff,     :
                                :       NO. 09-2388
        v.                      :
                                :
JASON I. WEISBROT, et al.,      :
                                :
                 Defendants.    :

## ORDER

AND NOW, this 31st day of August, upon consideration of the Motion to Dismiss of

Defendants Jason I. Weisbrot, Michael Snider, Esquire and Associates, LLC, and Michael J.

Snider and Associates, LLC (Dkt. No. 18) and Plaintiff's Opposition thereto (Dkt. No. 21), and

for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that

Defendant's Motion is GRANTED and Plaintiff's Amended Complaint is DISMISSED.


                        BY THE COURT:


                        /s/ C. Darnell Jones, II
                        C. DARNELL JONES, II      J.